**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
*HOUSTON DIVISION*

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § | |
| | § | **4:18-CR-368** |
| **v.** | § | |
| | § | **JUDGE ALFRED H. BENNETT** |
| **BRIAN SWIENCINSKI,** *et al.* | § | |

<u>**ORDER ON MOVANT ERIK UNDERWOOD'S MOTION TO QUASH**</u>
<u>**SUBPOENAS ISSUED BY THIRD PARTY**</u>

Movant Underwood's motion to quash the subpoenas served on him by Pharms is:

# Granted.

Pharms will pay Underwood's attorney's fees reasonably incurred in filing his motion.

# Denied.

(or)

A hearing on the motion is scheduled for _____ _____, 2019, at _____ am pm.

Signed on the _____day of _____2019

_____
Alfred H. Bennett