AO 89 (Rev. 01/09) Subpoena to Testify at a Hearing or Trial in a Criminal Case

# UNITED STATES DISTRICT COURT
for the
Southern District of Texas

United States of America
v.

Brian Swiencinski, Scott Breimeister & Vladimir Redko
*Defendant*

)
)
)
)
)

Case No.  4:18-cr-00368

## SUBPOENA TO TESTIFY AT A HEARING OR TRIAL IN A CRIMINAL CASE

To:     Erik Underwood
        19006 Canyon Valley Ct
        Tomball, TX 77377

**YOU ARE COMMANDED** to appear in the United States district court at the time, date, and place shown below to testify in this criminal case. When you arrive, you must remain at the court until the judge or a court officer allows you to leave.

| Place of Appearance: | United States District Court 515 Rusk Street Houston, Texas 77002 | Courtroom No.: 8C |
|---|---|---|
| | | Date and Time: May 9, 2019 at 10:00 a.m. |

You must also bring with you the following documents, electronically stored information, or objects *(blank if not applicable)*:

Date:   April 30, 2019

**DAVID J. BRADLEY**

CLERK OF COURT

*Signature of Clerk or Deputy Clerk*

The name, address, e-mail, and telephone number of the attorney representing *(name of party)*  Pharms LLC
, who requests this subpoena, are:

Samy Khalil
GERGER, KHALIL & HENNESSY LLP
1001 Fannin, Suite 2450
Houston, Texas 77002
(713) 224-4400

AO 89B (07/16) Subpoena to Produce Documents, Information, or Objects in a Criminal Case

# UNITED STATES DISTRICT COURT

for the

Southern District of Texas

United States of America )
v. )
) Case No. 4:18-cr-00368
Brian Swiencinski, Scott Breimerister & Vladimir Redko )
*Defendant* )

## SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS IN A CRIMINAL CASE

To: Erik Underwood
19006 Canyon Valley Ct.
Tomball, Texas 77377

*(Name of person to whom this subpoena is directed)*

**YOU ARE COMMANDED** to produce at the time, date, and place set forth below the following books, papers, documents, data, or other objects:

See Attachment A.

| | |
|---|---|
| Place: Courtroom 8C of the United States District Court, 515 Rusk St., Houston, TX 77002 or alternatively to Samy Khalil at 1001 Fannin, Ste. 2450, Houston, TX 77002 any time before May 9. | Date and Time: May 9, 2019 at 10:00 am |

Certain provisions of Fed. R. Crim. P. 17 are attached, including Rule 17(c)(2), relating to your ability to file a motion to quash or modify the subpoena; Rule 17(d) and (e), which govern service of subpoenas; and Rule 17(g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

(SEAL)

Date:   May 1, 2019

**ᴠᴠᴏ J. BRADLEY**

*CLERK OF COURT*

_____
*Sign*

The name, address, e-mail, and telephone number of the attorney representing *(name of party)* _____
Pharms. LLC _____, who requests this subpoena, are:

Samy Khalil, Gerger Khalil & Hennessy, 1001 Fannin, Suite 2450, Houston, Texas 77002
(713) 224-4400

### Notice to those who use this form to request a subpoena

Before requesting and serving a subpoena pursuant to Fed. R. Crim. P. 17(c), the party seeking the subpoena is advised to consult the rules of practice of the court in which the criminal proceeding is pending to determine whether any local rules or orders establish requirements in connection with the issuance of such a subpoena. If no local rules or orders govern practice under Rule 17(c), counsel should ask the assigned judge whether the court regulates practice under Rule 17(c) to 1) require prior judicial approval for the issuance of the subpoena, either on notice or ex parte; 2) specify where the documents must be returned (e.g., to the court clerk, the chambers of the assigned judge, or counsel's office); and 3) require that counsel who receives produced documents provide them to opposing counsel absent a disclosure obligation under Fed. R. Crim. P. 16.

Please note that Rule 17(c) (attached) provides that a subpoena for the production of certain information about a victim may not be issued unless first approved by separate court order.

## ATTACHMENT A

- Any recordings made by Erik Underwood in the presence of Samy Khalil, attorney for Pharms LLC, or transcripts thereof, including but not limited to telephonic or other recordings

- Any disclosures made by Erik Underwood to any third party, including the government, about the content of any meetings or conversations or communications with Samy Khalil, attorney for Pharms LLC

- Any records of communications between the government and Erik Underwood

- Any company documents of Pharms LLC, or any of its associated entities, produced to the government by Erik Underwood

- Any contracts or agreements, formal or informal, between Erik Underwood and the government, including relating to his status as an informant

- Any engagement contracts or agreements between Erik Underwood and his personal attorney

AO 89  (Rev. 08/09) Subpoena to Testify at a Hearing or Trial in a Criminal Case

# UNITED STATES DISTRICT COURT
### for the
Southern District of Texas

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| Brian Swiencinski, Scott Breimeister, and Vladimir Redko,M.D. | ) ) | Case No.  4:18-cr-00368 |
| *Defendant* | ) | |

## SUBPOENA TO TESTIFY AT A HEARING OR TRIAL IN A CRIMINAL CASE

To:  Erik Underwood, 19006 Canyon Valley Court, Tomball, Texas 77377

**YOU ARE COMMANDED** to appear in the United States district court at the time, date, and place shown below to testify in this criminal case.  When you arrive, you must remain at the court until the judge or a court officer allows you to leave.

| Place of Appearance: | Bob Casey United States Courthouse 515 Rusk, Room 8631 Houston, Texas 77002 | Courtroom No.: | 8C |
|---|---|---|---|
| | | Date and Time: | 05/09/2019 10:00 am |

You must also bring with you the following documents, electronically stored information, or objects *(blank if not applicable)*:

(SEAL)

Date:   05/01/2019

CLERK OF COURT

/s/ Brandon N. McCarthy

*Signature of Clerk or Deputy Clerk*

The name, address, e-mail, and telephone number of the attorney representing *(name of party)*   Brian Swiencinski
_____ , who requests this subpoena, are:

Brandon McCarthy
Rachel M. Riley
Ryan J. Meyer
KATTEN MUCHIN ROSENMAN LLP
1717 Main Street, Suite 3750
Dallas, TX  75201-7301
214-765-3600
brandon.mccarthy@kattenlaw.com
rachel.riley@kattenlaw.com

Michael A Villa, Jr.
MEADOWS, COLLIER, REED, COUSINS, CROUCH & UNGERMAN, LLP
901 Main Street, Suite 370
Dallas, Texas 75202
214-744-2700
mvilla@meadowscollier.com