IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

_____
                                        )
UNITED STATES OF AMERICA                )
                                        ) CRIMINAL ACTION NO.
VS.                                     ) 4:18-CR-368
                                        )
BRIAN SWIENCINSKI,                      )
SCOTT BREIMEISTER, AND                  ) 10:11 A.M.
VLADIMIR REDKO                          )
_____)


MOTION HEARING
BEFORE THE HONORABLE ALFRED H. BENNETT
MAY 9, 2019

APPEARANCES:

**FOR PLAINTIFF:**
MS. ALEZA SIMONE REMIS
Department of Justice
1400 New York Avenue NW
Washington, DC  20005
(202)674-5541

MS. ADRIENNE ELLEN FRAZIOR
United States Attorney's Office
1000 Louisiana, Suite 2300
Houston, Texas  77002
(713)567-9000

**FOR DEFENDANT SWIENCINSKI:**
MR. BRANDON NELSON MCCARTHY
MS. RACHEL MALONE RILEY
Katten Muchin Rosenman LLP
1717 Main Street, Suite 3700
Dallas, Texas  75160
(214)765-3680

MR. MICHAEL A. VILLA. JR.
Meadows, Collier, Reed, Cousins, Crouch & Ungerman, L.L.P.
901 Main Street, Suite 370
Dallas, Texas  75202
(214)744-3700

forum to allow you to make these arguments, elicit this testimony, are you properly before this Court in this proceeding to make these arguments?  If you're a nonparty to these proceedings, why are you here?  Why wouldn't you be in a separate proceeding making these points?

MR. KHALIL:  Happy to answer that, Your Honor.  Had the government disclosed this privileged recording to me pre-indictment, I would have filed a motion to quash under the miscellaneous grand jury number that's -- that's -- that's listed on some of the materials, and that would have been the right way to proceed.

THE COURT:  But that --

MR. KHALIL:  That was --

THE COURT:  That didn't happen.  So now we're here as is.  So as is, you're a nonparty -- your client is a nonparty to these proceedings that I'm presiding over.

So are you properly here, or should you now be in a separate proceeding under a separate document number -- docket number making these arguments to where I can determine that?  Because you're here within a matter that you're not a party to.

MR. KHALIL:  Your Honor, I'm happy to litigate this issue in front of whatever forum the Court thinks is appropriate.  When I filed my motion to quash on February 28th, I listed this Court's case number and the related case number, which -- which it's an unusual procedural posture, but that

wasn't my unilateral decision. I put the clerk and the Court on notice --

THE COURT: And the clerk included you -- or routed you into this case, to your understanding?

MR. KHALIL: My understanding -- I filed my motion to quash under this case number, the criminal case number, and I -- on my caption, I put related case number, which was the miscellaneous grand jury case number.

THE COURT: So you originally filed it under this case number?

MR. KHALIL: Yes, sir.

THE COURT: All right.

MR. KHALIL: Noting the miscellaneous case number as well.

THE COURT: Very well.

MR. KHALIL: So -- but --

THE COURT: No. That's -- that's sufficient. That was the answer to my question. Thank you.

MR. KHALIL: Yes, sir.

THE COURT: Let me turn my attention to one of the other motions, one of the other movants.

Mr. Adler.

MR. ADLER: Judge, if Mr. Khalil's client --

THE COURT: Why don't you pull that mic -- thank you.

MR. ADLER: If Mr. Khalil's company client is a

**MR. KHALIL:**  I would be happy to -- it's procedurally -- as I've conceded, it's an awkward and unusual situation, but I would be happy to submit a brief on why I think it makes sense, in advance, and, you know, one of the things I have argued -- granted it's not, you know, the main thrust of my motions, but in footnote 9 of my reply --

**THE COURT:**  Put your brief on file by the 17th.

**MR. KHALIL:**  The 17th?

**THE COURT:**  Yes, sir.

**MR. KHALIL:**  Yes, sir.

**THE COURT:**  On that and that issue only.

**MR. KHALIL:**  Yes, sir.

**THE COURT:**  All right.

**MR. ADLER:**  Only because it sounds like I'm wrapping up, and I need to be in Beaumont in a little bit, can I leave? One of the benefits of having a lawyer for a client is he can tell me everything that goes on after I head out, if that's all right with the Court.

**THE COURT:**  Drive safe, Mr. Adler.

**MR. ADLER:**  Thank you.

**MR. SCHAFFER:**  One quick question, Your Honor, before Mr. Adler leaves:  Does the Court expect or would it entertain any type of response from this camp after Mr. Podolsky files his affidavit regarding the adequacy or inadequacy of that affidavit, and if so, by what deadline?