United States District Court
Southern District of Texas

**ENTERED**

September 24, 2019

David J. Bradley, Clerk

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § | |
| | § | |
| v. | § | **Criminal No. 18-CR-368** |
| | § | |
| **BRIAN SWIENCINSKI,** | § | |
| **SCOTT BREIMEISTER, and** | § | |
| **VLADIMIR REDKO, M.D.,** | § | |
| | § | |
| | § | |
| **Defendants.** | § | |

## ORDER

After considering the Defendants' Joint Motion for Expedited Discovery, Dkt. No. 54; the United States' Response, Dkt. No. 64 (sealed); the United States' Supplemental Response to the Defendants' Joint Motion for Expedited Discovery, Dkt. No. 70; the Defendants' Joint Reply to Response, Dkt. No. 72; the affidavits, Dkt. Nos. 88 (sealed), 91 (sealed), and the objections to those affidavits, Dkt. Nos. 89 (sealed), 92 (sealed); the United States' Notice Regarding Use of Cooperating Witness and Response to Defendants' Objections to Affidavits, Dkt. No. 93 (sealed); the United States' Proposed Order, Dkt. No. 101; the Defendants' Joint Objections to Proposed Order and Joint Proposed Order, Dkt. No. 103; and the oral arguments at the May 9, 2019, and the September 11, 2019, hearings, the Court **GRANTS IN PART** the Defendants' Joint Motion for Expedited Discovery, Dkt. No. 54, as follows:

The Court ORDERS that the United States produce or make available to defense counsel all unprivileged and responsive discovery in its possession related to this case on or before **November 11, 2019**.

Should the United States obtain additional unprivileged and responsive discovery related to this case *after* November 11, 2019, it shall supplement its disclosures as early as practicable.

1

All materials provided and made available to Defendants shall be subject to the terms of the Protective Order, Dkt. No. 66.

It is so ORDERED.

**SEP 2 3 2019**
_____
Date

_____
The Honorable Alfred H. Bennett
United States District Judge

2