UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| V. | § | CAUSE NO. 4:18-CR-368 |
| | § | |
| SCOTT BREIMEISTER (02) | § | |

## **ORDER**

Defendant's Motion For Production Of Evidence Favorable To The Accused is:

    a.    granted in all respects;

    b.    granted as to paragraphs _____;

    c.    denied as to paragraphs _____.

The Government must disclose these matters to defense counsel by _____, 2022.

SIGNED ON _____, 2022.

_____
Honorable Alfred H. Bennett
United States District Judge